IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30790
Summary Calendar

_____

BERNADINE CORMIER,

Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 93-CV-949
- - - - - - - - - -
January 31, 1996
Before HIGGINBOTHAM, DUHE' and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Appellant appeals from the denial of relief in her complaint against the Commissioner of Social Security seeking payment of benefits for the entire period of her husband's disability. We have reviewed the record, the magistrate judge's report and recommendation, and the district court's order, and find no reversible error. Accordingly, we dismiss for essentially the reasons given by the district court. See Cormier v. Chater, No. 93-CV-949 (W.D. La. July 5, 1995).

APPEAL DISMISSED.

_____

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.